DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARBARA FORMAN,** as Personal Representative of the **ESTATE OF LAWRENCE ULSTEIN,**
Appellant,

v.

**LEGACY PROBATE INTERNATIONAL, INC.,** et al.,
Appellees.

No. 4D2024-3060

[January 22, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth Gillespie, Judge; L.T. Case No. PRC190000831.

Ledford A. Parnell of Ledford A. Parnell, Coral Springs, for appellant.

Michele K. Feinzig of Michele K. Feinzig, P.A., Coral Springs, for appellee Jennifer Romanello, as Personal Representative of the Estate of Howard Ulstein.

No appearance for appellee Legacy Probate International, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***